IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ALAN L. SCHRODER, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-3026-PAZ |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| JO ANNE B. BARNHART, | ) | IN A CIVIL CASE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Pursuant to Sentence Four of 42 U.S.C. § 405(g), this case is REVERSED and REMANDED to the Commissioner for calculation and award of benefits.

Dated: May 11, 2006   PRIDGEN J. WATKINS
                     Clerk

                     /s/ des
                     (By) Deputy Clerk